THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAM HERNANDEZ, ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> ALBERTO GONZALEZ, as Attorney General, and ) <br> KEVIN D. ROONEY, as Director of the Executive ) <br> Office of Immigration Review, ) <br> Defendants ) | CIVIL ACTION FILE NO. <br><br> 2005-CV-11466-JLT |

*(Stamp: 2005 DEC -7 A 11:27 FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT)*

## ASSENTED TO MOTION TO STAY PROCEEDINGS

NOW comes the plaintiff in the above-captioned matter, and hereby requests this Honorable Court to stay these proceeding for a period of 15 days. As grounds for this request the plaintiff states as follows:

This action involves various agencies and the parties have been actively attempting to schedule a conference to discuss several critical issues that will either expedite or potentially resolve this matter, however a brief extension of time is necessary in order to achieve this.

A stay of these proceedings (1) will be relatively short in duration, (2) would cause no serious damage to the public interest, (3) would not adversely affect in any way the interest of either the government or the petitioner, (4) would impose no burden on the court, and (5) it may serve to resolve or narrow the scope of this litigation.

WHEREFORE, plaintiff hereby requests this Honorable Court to stay these proceeding for a period of 15 days or any period of time deemed appropriate.

The Defendants,

__Rayford A. Farquhar__
Rayford A. Farquhar
U.S. Attorney's Ofice
1 Courthouse Way Suite 9200
Boston, MA 02110
(617) 748-3100
Rayford.Farquhar@usdoj.gov

The Plaintiff,
By her Attorneys,

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 461613