UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAM HERNANDEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants | Civil Action No.<br>05-11466-JLT |

**JOINT MOTION FOR A STATUS CONFERENCE**

Pursuant to the Court's Order, the parties herein file this Joint Motion for a Status Conference.  It is the understanding of the parties that the Court conducts Status Conferences in the afternoons.  The parties are available for either the afternoon of March 9, 2006 or March 10, 2006.


Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| | By their attorney,<br><br>MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/by Rayford A. Farquhar<br>DESMOND P. FITZGERALD, Esq.<br>Fitzgerald & Company, LLC.<br>18 Tremont Street, Ste. 210<br>Boston, MA 02111<br>(617) 523-6320 | /s/ Rayford A. Farquhar<br>RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA  02210<br>(617) 748-3284 |

Dated: February 10, 2006

**LOCAL RULE 7.1 CERTIFICATION**

I, Assistant United States Attorney, Rayford A. Farquhar,

herein certify that on February 9, 2006 I spoke with Attorney Desmond P. Fitzgerald and he assented to me signing his name to this Joint Motion for a Status Conference.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney