UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAM HERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, as Secretary )<br>of the Department of Homeland Security; )<br>EDUARDO AGUIRRE, Director of the )<br>U.S. Citizenship & Immigration Services; )<br>DENNIS RIORDAN, as District Director )<br>of the U.S. Citizenship & Immigration )<br>Services for the Boston District Office, )<br>)<br>Defendants. )<br>) | Civil No. 05-11466-JLT |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Michael Chertoff, as Secretary of the Department of Homeland Security, Eduardo Aguirre, Director of the U.S. Citizenship & Immigration Services, Dennis Riordan, as District Director of the U.S. Citizenship & Immigration Services for the Boston District Office (hereinafter collectively "Defendants"), by their Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, move this Court to issue an order dismissing the Plaintiff's Complaint because this court lacks jurisdiction over writs of habeas corpus in immigration cases and plaintiff failed to exhaust her administrative remedies.

Wherefore, based on the arguments and authorities stated in the attached Memorandum of Law, Defendants move this Count to grant their Motion to Dismiss.

Respectfully submitted,

UNITED STATES OF AMERICA,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Rayford A. Farquhar
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: May 1, 2006

## CERTIFICATE OF SERVICE

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that on May 1, 2006 I served a copy of this Motion to Dismiss with Supporting Memorandum by electronic mail to Desmond P. Fitzgerald, FitzGerald & Company, LLC, Suite 210, 18 Tremont Street, Boston, MA 02111.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that I am filing this Motion to Dismiss per this Court's Order and with the knowledge of counsel for the plaintiff.

/s/ Rayford A.Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney