UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRIAM HERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, as Secretary )<br>of the Department of Homeland Security; )<br>EDUARDO AGUIRRE, Director of the )<br>U.S. Citizenship & Immigration Services; )<br>DENNIS RIORDAN, as District Director )<br>of the U.S. Citizenship & Immigration )<br>Services for the Boston District Office, )<br>)<br>Defendants. )<br>_____ ) | Civil No. 05-11466-JLT |

## STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,                                                      For the Defendant,

                                                                                 By their attorney,

                                                                                 MICHAEL J. SULLIVAN,
                                                                                 United States Attorney

_/s/_____                                      _/s/ Rayford A. Farquhar_
DESMOND P. FITZGERALD, Esq.                      RAYFORD A. FARQUHAR
Fitzgerald & Company, LLC.                                Assistant U.S. Attorney
18 Tremont Street, Ste. 210                                 1 Courthouse, Suite 9200
Boston, MA 02111                                              Boston, MA 02210
(617) 523-6320                                                    (617) 748-3284

Dated: May 15, 2006